No. 1024. VARNADO *v.* WOMACK ET AL. June 12, 1944. *Per Curiam:* The motion for leave to file jurisdictional statement is granted. The appeal is dismissed for the reason that the judgment of the court below is based upon a nonfederal ground adequate to support it. *Mr. M. C. Scharff* for appellant.

No. 1033. JONES *v.* FREEMAN, SPEAKER OF THE HOUSE OF REPRESENTATIVES OF OKLAHOMA, ET AL. June 12, 1944. *Per Curiam:* The appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C., § 344 (a). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C., § 344 (c), certiorari is denied. *Mr. Samuel A. Boorstin* for appellant.

No. —. EX PARTE JAMES M. JOHN; and
No. —. EX PARTE RAYMOND PAUL HILE. June 12, 1944. Applications denied.

No. —. EX PARTE ROBERT GEORGE BANKS;
No. —. EX PARTE ALLEN DIXON; and
No. —. EX PARTE JOHN GARDNER. June 12, 1944. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. EX PARTE EARL F. HALL. June 12, 1944. The motion for leave to file petition for writ of habeas corpus is denied. Treating the papers as a petition for writ of certiorari to the Supreme Court of Illinois, certiorari is denied.